## ILLINOIS CENTRAL RAILROAD COMPANY

*v.*

## RICHARD DUNNING.

NEW TRIAL—*verdict against the evidence.* It was assigned for error on this record, that the evidence did not support the finding of the jury, but the court regards the verdict as fully sustained thereby.

WRIT OF ERROR to the Circuit Court of Pulaski county ; the Hon. JOHN OLNEY, Judge, presiding.

This was an action on the case, brought by Dunning against the railroad company, to recover the value of a mare belonging to the plaintiff, killed by the defendant's engine and train. A trial in the circuit court resulted in a verdict and judgment for the plaintiff. The defendants bring the record to this court and ask a reversal of the judgment.

Messrs. GREEN & GILBERT, for the plaintiffs in error.

Messrs. CASEY & PATTON, for the defendant in error.

Per CURIAM :   This was an action against the Illinois Central Railroad Company for killing a mare.   It is objected, that the evidence does not show the road had been opened for six months, or that the mare was not killed outside of a village, town or city, or not killed at a road crossing.   We are of opinion the verdict is fairly sustained by the evidence on all these points.

*Judgment affirmed.*